**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JALECIA FRINK,<br><br>        Plaintiff,<br><br>v.<br><br>CARGILL, INCORPORATED and INDU, LLC d/b/a INTIGROW STAFFING,<br><br>        Defendants. | Civil Action No.<br>1:22-cv-04330-VMC |

**ORDER**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R") on Plaintiff Jalecia Frank's Motion for Remand. (Doc. 18). For the reasons that follow, the Court will adopt the R&R in full.

Under 28 U.S.C. § 636(b)(1)(B), a district court may "designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any [dispositive] motion," including a motion to dismiss for failure to state a claim. A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)).

When no party files a timely objection to the report and recommendation, the Court reviews the magistrate judge's findings for clear error. *See Lawrence v. Governor of Georgia*, 721 F. App'x 862, 864 (11th Cir. 2018) ("district court reviewed the magistrate judge's findings for clear error, as [plaintiffs] had failed to object to the R & R"); *see also Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006). "Clear error review asks if, 'after viewing all the evidence, [the Court is] left with the definite and firm conviction that a mistake has been committed.'" *Anderson v. Dunbar Armored, Inc.*, 678 F. Supp. 2d 1280, 1289 (N.D. Ga. 2009) (quoting *HGI Assocs., Inc. v. Wetmore Printing Co.*, 427 F.3d 867, 873 (11th Cir. 2005)). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court finds no clear error in the Magistrate Judge's well-reasoned R&R. Accordingly, the Court **ADOPTS** the R&R in full and **DENIES** Plaintiff's Motion for Remand. (Doc. 8).

The Court **ORDERS** that the stay entered on November 30, 2022 (*see* Doc. 14) be lifted.

The Parties are **DIRECTED** to conduct their Rule 26(f) conference within sixteen days of the date this Order is entered and to file their Joint Preliminary Report and Discovery Plan within 30 days of the date this Order is entered.

**SO ORDERED** this 12th day of July, 2023.

_____
Victoria Marie Calvert
United States District Judge